UNITED STATES of America, Plaintiff–Appellee,

v.

John A. RADERMACHER, Defendant–Appellant.

No. 07–2234.

United States Court of Appeals, Seventh Circuit.

Submitted Aug. 25, 2008.*

Decided Oct. 3, 2008.

John W. Vaudreuil, Office of the United States Attorney, Madison, WI, for Plaintiff–Appellee.

Robert T. Ruth, Madison, WI, for Defendant–Appellant.

Before FRANK H. EASTERBROOK, Chief Judge, JOHN L. COFFEY, Circuit Judge, and DIANE P. WOOD, Circuit Judge.

**Order**

After a limited remand under *United States v. Taylor,* 522 F.3d 731 (7th Cir. 2008), the district judge informed us that she would have imposed a lower sentence had she known about the extent of her discretion under *Kimbrough v. United States,* —— U.S. ——, 128 S.Ct. 558, 169 L.Ed.2d 481 (2007).

---

* After examining the briefs and the record, we have concluded that oral argument is unnecessary. See Fed. R.App. P. 34(a); Cir. R. 34(f).

Given this conclusion, the prejudice component of plain-error review has been established. The sentence is vacated, and the case is remanded for resentencing in light of *Kimbrough.*